PEOPLE *v* HICKEY. Appeal from Macomb, Frank E. Jeannette, J. Submitted Division 2 December 7, 1971, at Lansing. (Docket No. 11613.) Decided January 28, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *George N. Parris*, Prosecuting Attorney, *Thaddeus F. Hamera*, Chief Appellate Lawyer, and *Stephen F. Osinski*, Assistant Prosecuting Attorney, for the people.

*H. Arthur Feldman*, for defendant on appeal.

Before: DANHOF, P. J., and McGREGOR and QUINN, JJ.

MEMORANDUM OPINION. Defendant was convicted by a jury of the crime of breaking and entering of an occupied dwelling with intent to commit a larceny therein and appeals such conviction.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.